IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| KEITH KNOLL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. 4:24-CV-00208- |
| v. | § | SDJ-AGD |
| | § | |
| TOM WATT, et al., | § | |
| | § | |
| Defendants. | § | |

**MEMORANDUM ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the Report and Recommendation of the United States Magistrate Judge ("Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On March 13, 2025, the Report of the Magistrate Judge, (Dkt. #10), was entered containing proposed findings of fact and recommendation that Defendants Watt and Grayson County's Motion to Dismiss (Dkt. #2) and Defendant Bowen's Motion to Dismiss (Dkt. #5) be granted. The court further recommended that Plaintiff's case be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6). The court further recommended that any request for relief not addressed by the Report be denied as moot.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Defendants Watt and Grayson County's Motion to Dismiss (Dkt. #2) and Defendant Bowen's Motion to Dismiss (Dkt. #5) are **GRANTED**. It is further **ORDERED** that Plaintiff's case is **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 12(b)(6).

It is finally **ORDERED** that any request for relief not addressed by the Report (Dkt. #10) is **DENIED as moot**.

**So ORDERED and SIGNED this 31st day of March, 2025.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE